IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LINEAR TECHNOLOGY CORPORATION DERIVATIVE LITIGATION<br><br>This document relates to Case No. C-06-3291<br>_____/ | No. C-06-3290 MMC<br><br>**ORDER CLOSING CONSOLIDATED CASE FOR STATISTICAL PURPOSES ONLY** |

On June 13, 2006, the following cases were consolidated for all purposes under the caption In re Linear Technology Corporation Derivative Litigation, C-06-3290 MMC:

    Eisenberg v. Coghlan, C-06-3290 MMC, and
    Lyle v. Coghlan, C-06-3291 MMC.

As all documents are now filed in Case No. C-06-3290, the Court hereby CLOSES Case No. C-06-3291 for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of any action. Should further proceedings become necessary or desirable in Case No. C-06-3291, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: June 20, 2006

                                        MAXINE M. CHESNEY
                                        United States District Judge